UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OSCAR ENRIQUE NUNEZ EUCEDA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:20-cv-10793-VAP-(GJSx)<br><br>[proposed]<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT AND ACTION<br><br>Hearing Date: March 29, 2021<br>Hearing Time: 2:00 p.m.<br>Courtroom: 8A, First Street Courthouse |

Defendant United States of America's Motion to Dismiss Plaintiff's Complaint and Action came before the Court on March 29, 2021. The Court, having considered the arguments and authorities of the parties, hereby GRANTS Defendant's Motion. Plaintiff has failed to demonstrate that the Court has subject matter over this action and that the Complaint states an actionable claim. *See* 28 U.S.C. §§ 1346(b)(1), 2680(a). IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE