MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
ABIEL GARCIA, SBN 289052
  agarcia@gibsondunn.com
DANIEL M. RUBIN, SBN 319962
  drubin@gibsondunn.com
CAROLINE K. MONROY, SBN 329018
  cmonroy@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Plaintiff
Oscar Enrique Nuñez Euceda

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Oscar Enrique Nuñez Euceda,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>United States of America,<br><br>　　　　Defendant. | **JOINT STIPULATION REQUESTING MODIFIED BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>CASE NO. 2:20-cv-10793-VAP-(GJSx)<br><br>Hearing Date:　March 29, 2021<br>Hearing Time:　2:00 p.m.<br>Courtroom:　　8A, First Street Courthouse<br><br>Honorable Virginia A. Phillips |

# STIPULATION

Pursuant to Local Rule 7-1, Plaintiff Oscar Euceda and the Defendant, the United States, hereby stipulate as follows:

WHEREAS, Mr. Euceda filed his complaint on November 25, 2020, and Defendant was required to file an answer or dispositive motion by January 29, 2021;

WHEREAS, Plaintiffs agreed to stipulate to a thirty day extension for the Defendant to file an answer or any responsive motion;

WHEREAS, Defendant filed a motion to dismiss on March 1, 2021, with a scheduled hearing date of March 29, 2021;

WHEREAS, per the Local Rule 7-9, Plaintiff's opposition is to be filed by Monday, March 8, 2021, providing the Plaintiff with only seven days to respond to a dispositive motion;

WHEREAS, Plaintiff respectfully requests a two-week continuance of the hearing date and a modest adjustment to the briefing schedule to allow Plaintiff more time to respond to Defendant's motion to dismiss;

WHEREAS, Defendant is amenable to Plaintiff's request and joins the Plaintiff in this request;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant that the following deadlines shall apply for Defendant's Motion:

|  |  |
|---|---|
| Opposition: | March 15, 2021 |
| Reply: | March 29, 2021 |
| Hearing: | April 12, 2021 |

| | | |
|---|---|---|
| 1 | Dated: March 2, 2021 | Respectfully submitted, |
| 2 | | **GIBSON, DUNN & CRUTCHER LLP** |
| 3 | | By:  /s/ Marcellus McRae |
| 4 | | Marcellus McRae |
| 5 | | Abiel Garcia<br>Daniel M. Rubin |
| 6 | | Caroline Monroy |
| 7 | | Attorneys for Plaintiff |
| 8 | | Oscar Enrique Nuñez Euceda |
| 9 | Dated: March 2, 2021 | **UNITED STATES OF AMERICA** |
| 10 | | TRACY L. WILKISON<br>Acting United States Attorney |
| 11 | | DAVID M. HARRIS |
| 12 | | Assistant United States Attorney<br>Chief, Civil Division |
| 13 | | JOANNE S. OSINOFF<br>Assistant United States Attorney |
| 14 | | Chief, General Civil Section |
| 15 | | /s/ David Pinchas<br>DAVID PINCHAS |
| 16 | | Assistant United States Attorney<br>Attorneys for Defendant |

**ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Civil L. R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from each of the signatories above.

BY:  /s/ Marcellus McRae
Marcellus McRae
March 2, 2021                    GIBSON, DUNN & CRUTCHER LLP