UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Oscar Enrique Nuñez Euceda<br><br>                    Plaintiff,<br><br>     v.<br><br>United States of America,<br><br>                    Defendant. | **CASE NO. 2:20-cv-10793-VAP-(GJSx)**<br><br>**ORDER GRANTING JOINT STIPULATION MODIFYING BRIEFING SCHEDULE AND CONTINUING BRIEFING AND HEARING ON DEFENDANT'S MOTION TO DISMISS COMPLAINT**<br><br>Honorable Virginia A. Phillips |

Having read and reviewed the parties' joint stipulation to continue the briefing and hearing schedule on Defendant's Motion to Dismiss Plaintiff's Complaint, the Court finds good cause therein to revise the deadlines for the following reasons:

1. Defendant was granted a thirty day extension of its deadline to respond to the Complaint; Plaintiff has not sought or obtained any prior extension of time for their opposition to the Motion to Dismiss; Defendant has not sought or obtained any prior extension of time for its reply; and these extensions will not impact any other case deadlines.

2. Plaintiff requires additional time to draft the opposition, given their briefing currently provides only seven days to respond to the motion to dismiss based on the current March 29, 2021 hearing date.

Having found good cause therein, the Court orders:

1. Plaintiff's deadline to file their opposition to the Motion to Dismiss shall be March 15, 2021.

2. Defendant's deadline to file its reply brief shall be March 29, 2021.

3. The hearing is continued from March 29, 2021, to April 12, 2021.

**IT IS SO ORDERED.**

Dated: March 3, 2021

_____
Hon. Virginia A. Phillips
United States District Judge