1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10                WESTERN DIVISION

| 11 | Oscar Enrique Nunez Euceda, | CASE NO. 2:20-cv-10793 VAP (GJSx) |
|---|---|---|
| 12 | Plaintiff, | **[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS** |
| 13 | v. | |
| 14 | United States of America, | **Hearing:** |
| 15 | Defendant. | Date:   April 12, 2021<br>Time:   2:00 PM |
| 16 | | Place:  Courtroom 8A, First Street Courthouse |
| 17 | | Judge:  Honorable Virginia A. Phillips |

18
19
20
21
22
23
24
25
26
27
28

1  Defendant United States of America's Motion to Dismiss Plaintiff's Complaint
2  came before the Court for hearing on April 12, 2021.  The Court, having reviewed and
3  considered all submissions and arguments regarding Defendant United States of
4  America's Motion to Dismiss, hereby **DENIES** the Defendant's Motion to Dismiss
5  and, in the alternative, to transfer.

7  **IT IS SO ORDERED.**

10  Dated:_____  By:_____
      The Honorable Virginia A. Phillips
11     United States District Judge