MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
ABIEL GARCIA, SBN 289052
  agarcia@gibsondunn.com
DANIEL M. RUBIN, SBN 319962
  drubin@gibsondunn.com
CAROLINE K. MONROY, SBN 329018
  cmonroy@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Plaintiff
Oscar Enrique Nuñez Euceda

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Oscar Enrique Nuñez Euceda<br><br>                    Plaintiff,<br><br>        v.<br><br>United States of America,<br><br>                    Defendant. | **JOINT STIPULATION REQUESTING TO HOLD ACTION IN ABEYANCE**<br><br>CASE NO. 2:20-cv-10793-VAP-(GJSx)<br><br>Honorable Virginia A. Phillips |

**STIPULATION**

The parties jointly move the Court for an order holding this action in abeyance for a period of sixty (60) days while the parties discuss settlement. In support of this motion, the parties respectfully state the following:

The parties are interested, and have engaged, in discussions relating to a potential settlement of the above-captioned action. Any such settlement must be approved by the Department of Justice under a framework that is being implemented.

In order to focus their attention on these settlement efforts, the parties respectfully move the Court for an order holding this action, including all proceedings and case deadlines, in abeyance for sixty (60) days. Counsel for Mr. Euceda and the United States have conferred regarding this request and agreed to jointly move the Court to hold this action in abeyance.

Dated: May 13, 2021                    Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

By:   /s/ *Marcellus McRae*

Marcellus McRae
Abiel Garcia
Daniel M. Rubin
Caroline Monroy

Attorneys for Plaintiff
Oscar Enrique Nuñez Euceda

Dated: May 13, 2021                    TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/  *David Pinchas*
David Pinchas
Talya M. Seidman
Assistant United States Attorneys
Attorneys for Defendant

**ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Civil L. R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from each of the signatories above.

May 13, 2021

By: /s/ *Marcellus McRae*
Marcellus McRae
GIBSON, DUNN & CRUTCHER LLP