MARCELLUS MCRAE, SBN 140308
mmcrae@gibsondunn.com
ABIEL GARCIA, SBN 289052
agarcia@gibsondunn.com
DANIEL M. RUBIN, SBN 319962
drubin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:  213.229.7000
Facsimile:  213.229.7520

Attorneys for Plaintiff
Oscar Enrique Nuñez Euceda

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
DAVID PINCHAS (SBN 130751)
TALYA M. SEIDMAN (SBN 336534)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2920/7137
    Facsimile: (213) 894-7819
    E-mail:david.pinchas@usdoj.gov
         Talya.Seidman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Oscar Enrique Nuñez Euceda<br><br>        Plaintiff,<br><br>  v.<br><br>United States of America,<br><br>        Defendant. | **JOINT STIPULATION TO EXTEND ABEYANCE OF ACTION; DECLARATION OF ABIEL GARCIA IN SUPPORT THEREOF**<br><br>CASE NO. 2:20-cv-10793-VAP-(GJSx)<br><br>Honorable Virginia A. Phillips<br>United States District Judge |

1
JOINT STIPULATION TO EXTEND ABEYANCE OF ACTION

## **STIPULATION**

The parties jointly move the Court for a further sixty (60) day extension of the order holding this action in abeyance issued on May 17, 2021 while the parties discuss settlement. (Dkt. No. 24.)  In support of this motion, the parties respectfully state the following:

As explained in the attached declaration of Plaintiff's counsel, the United States, along with a group of counsel who are coordinating negotiations on behalf of plaintiffs and claimants, are engaged in a nationwide effort to settle district court cases and pending administrative tort claims arising from family separations at the U.S./Mexico border that occurred during the prior administration. Declaration of Abiel Garcia ("Garcia Decl.") ¶ 4.   While significant progress has been made, due to the scale and complexity of the effort, additional time is needed to achieve a global resolution of these matters. Garcia Decl. ¶ 5.

In order to focus their attention on these continuing settlement efforts, the parties respectfully move the Court for a further sixty (60) day extension of the order holding this action, including all proceedings and case deadlines, in abeyance.  Counsel for Mr. Euceda and the United States have conferred regarding this request and agreed to jointly move the Court to hold this action in abeyance.

Dated: July 9, 2021　　　　　　　　　Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

By:   /s/ *Marcellus McRae*

Marcellus McRae
Abiel Garcia
Daniel M. Rubin

Attorneys for Plaintiff
Oscar Enrique Nuñez Euceda

| | |
|---|---|
| 1  Dated: July 9, 2021 | TRACY L. WILKISON<br>Acting United States Attorney |
| 2 | DAVID M. HARRIS<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>JOANNE S. OSINOFF |
| 4 | Assistant United States Attorney<br>Chief, General Civil Section |

/s/ *David Pinchas*
David Pinchas
Talya M. Seidman
Assistant United States Attorneys
Attorneys for Defendant

ATTESTATION UNDER LOCAL RULE 5-4.3.4

I, Talya Seidman, am the ECF User whose ID and password are being used to file this **JOINT STIPULATION REQUESTING TO HOLD ACTION IN ABEYANCE**. I attest that concurrence in the filing of this document has been obtained from each of the signatories above.

DATED: July 9, 2021

                                                */s/ Talya M. Seidman*
                                                TALYA M. SEIDMAN, Esq.
                                                Assistant United States Attorney