MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
ABIEL GARCIA, SBN 289052
  agarcia@gibsondunn.com
DANIEL M. RUBIN, SBN 319962
  drubin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Plaintiff
Oscar Enrique Nuñez Euceda

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Oscar Enrique Nuñez Euceda<br><br>             Plaintiff,<br><br>    v.<br><br>United States of America,<br><br>             Defendant. | **CASE NO. 2:20-cv-10793-VAP-(GJSx)**<br><br>**DECLARATION OF ABIEL GARCIA IN SUPPORT OF JOINT STIPULATION TO EXTEND ABEYANCE OF ACTION**<br><br><br>Honorable Virginia A. Phillips |

I, Abiel Garcia, submit this declaration in support of the parties' joint stipulation to extend abeyance of action. I make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently to these facts.

1. Plaintiff Oscar Euceda filed his Complaint on November 25, 2020.

2. On May 13, 2021, the parties filed a joint stipulation requesting to hold this action in abeyance in order to pursue a potential settlement. (Dkt. No. 22).

3. The Court granted the joint stipulation, ordering a 60 day abeyance and requesting a status update by July 12, 2021. (Dkt. No. 24).

4. Mr. Euceda, through coordinating plaintiffs' counsel, and the United States are continuing to engage in a nationwide effort to settle district court cases and pending administrative tort claims arising from family separations at the U.S./Mexico border that occurred during the prior administration.

5. While significant progress has been made, due to the scale and number of cases, as well as the complexity of the effort, additional time is needed to achieve a global resolution of these matters.

6. A sixty (60) day extension will allow Mr. Euceda and the United States to focus on a resolution for this matter and will not prejudice either party.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this 8th day of July, 2021, in Los Angeles, California.

Dated: July 8, 2021         /s Abiel Garcia

                            Abiel Garcia