MARCELLUS MCRAE, SBN 140308
mmcrae@gibsondunn.com
ABIEL GARCIA, SBN 289052
agarcia@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:   213.229.7000
Facsimile:    213.229.7520

Attorneys for Plaintiff
Oscar Enrique Nuñez Euceda

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
DAVID PINCHAS (SBN 130751)
TALYA M. SEIDMAN (SBN 336534)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2920/7137
    Facsimile: (213) 894-7819
    E-mail:david.pinchas@usdoj.gov
          Talya.Seidman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Oscar Enrique Nuñez Euceda<br><br>             Plaintiff,<br><br>    v.<br><br>United States of America,<br><br>             Defendant. | **JOINT STATEMENT**<br><br>CASE NO. 2:20-cv-10793-VAP-(GJSx)<br><br>Honorable Virginia A. Phillips<br>United States District Judge |

## Statement

The parties jointly request that the Court let the current abeyance run and the Court schedule a FRCP 26(f) scheduling conference at its earliest convenience.[1] As explained in the attached declaration of Plaintiff's counsel, after 240 days of negotiations, the parties are unable to reach any settlement at this time.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

---

[1] The Court's Orders' granting the 4 joint stipulations for an abeyance state that "[a]ll existing deadlines are extended by sixty (60) days." See Dkt. Nos. 24, 27, 29, and 31. The original 26(f) conference date was set for May 24, 2021 and the new settlement conference date would be January 21, 2022, after the Court's Orders. See Dkt. No. 12.

| | |
|---|---|
| Dated: January 10, 2022 | Respectfully submitted,<br><br>**GIBSON, DUNN & CRUTCHER LLP**<br><br>By: /s/ *Marcellus McRae*<br><br>Marcellus McRae<br>Abiel Garcia<br>Daniel M. Rubin<br><br>Attorneys for Plaintiff<br>Oscar Enrique Nuñez Euceda |
| Dated: January 10, 2022 | TRACY L. WILKISON<br>Acting United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>JOANNE S. OSINOFF<br>Assistant United States Attorney<br>Chief, General Civil Section<br><br>/s/ *David Pinchas*<br>David Pinchas<br>Talya M. Seidman<br>Assistant United States Attorneys<br>Attorneys for Defendant |