GIBSON, DUNN & CRUTCHER LLP
MARCELLUS MCRAE, SBN 140308
mmcrae@gibsondunn.com
ALAYNA MONROE, SBN 329061
amonroe@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

JAYVAN MITCHELL, SBN 322007
jmitchell@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

KELLY DING, SBN 329976
kding@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

KESSELMAN, BRANTLY & STOCKINGER LLP
ABIEL GARCIA, SBN 289052
agarcia@kbslaw.com
1230 Rosecrans Ave, Suite 400
Manhattan Beach, CA 90266
Telephone: 310.307.4555
Facsimile: 310.307.4570

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Oscar Enrique Nuñez Euceda<br>Plaintiff,<br>v.<br>United States of America,<br>Defendant. | **JOINT STATEMENT REQUESTING SCHEDULING OF INITIAL RULE 26(F) SCHEDULING CONFERENCE**<br>CASE NO. 2:20-cv-10793-VAP-(GJSx)<br>Honorable Virginia A. Phillips |

**STATEMENT**

The parties in the above-captioned matter, jointly request that the Court schedule an initial Rule 26(f) Scheduling Conference within the next 60 days.

On March 03, 2021, the Court set an initial Rule 26 Scheduling Conference for May 24, 2021, pursuant to Fed. R. Civ. P. 16(b). Dkt. No. 12. On May 3, 2021, the parties met and conferred. On May 17, 2021 the parties submitted the required Joint Rule 26(f) Report in advance of the May 24, 2021 Scheduling Conference. Dkt. No. 23. Among other things, the Rule 26(f) Report proposed a March 15, 2022 trial start date.

On May 17, 2021, the Court granted the parties' stipulation and ordered the action be held in abeyance for 60 days. The Court subsequently extended the abeyance through January 10, 2022. Dkt. No. 31.

While the case was in abeyance, the parties engaged in extensive discussions regarding a potential global settlement of multiple actions brought by numerous plaintiffs who raised similar claims as in the above-captioned action. Those negotiations ended in January 2022 as the parties were unable to reach an agreement.

On January 10, 2022, the parties in this action filed a Joint Statement informing the Court that they were unable to settle the case, requesting that the abeyance be allowed to run, and requesting that the Court schedule a Rule 26(f) Scheduling Conference. To date, the Court has not set a date.

The parties jointly request that the Court set an initial Rule 26(f) Scheduling Conference within the next 60 days. Counsel for Mr. Euceda and the United States conferred regarding this request and agreed to this joint submission.

Dated: May 2, 2022

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Marcellus McRae*

Marcellus McRae

**KESSELMAN, BRANTLY & STOCKINGER LLP**

By: */s/ Abiel Garcia*

Abiel Garcia

*Attorneys for Plaintiff*
*Oscar Enrique Nuñez Euceda*

Dated: May 2, 2022

**UNITED STATES OF AMERICA**

By: */s/David Pinchas*

David Pinchas
Talya M. Seidman
Assistant United States Attorneys

Attorneys for Defendant United States of America

**ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Civil L. R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from each of the signatories above.

Dated: May 2, 2022

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Marcellus McRae*

Marcellus McRae