MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
THOMAS A. MANAKIDES, SBN 229119
  tmanakides@gibsondunn.com
ALAYNA MONROE, SBN 329061
  amonroe@gibsondunn.com
333 South Grand Avenue Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

JAYVAN MITCHELL, SBN 322007
  jmitchell@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

YANG (KELLY) DING, SBN 329976
  kding@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

KESSELMAN, BRANTLY & STOCKINGER LLP
ABIEL GARCIA, SBN 289052
  agarcia@kbslaw.com
1230 Rosecrans Ave, Suite 400
Manhattan Beach, CA 90266
Telephone: 310.307.4555
Facsimile: 310.307.4570

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Oscar Enrique Nuñez Euceda,<br><br>         Plaintiff,<br><br>    v.<br><br>United States of America,<br><br>         Defendant. | CASE NO. 2:20-cv-10793 VAP (GJSx)<br><br>**JOINT ADDENDUM TO RULE 26(f) REPORT**<br><br>Scheduling Conference: May 23, 2022<br><br>Place: Courtroom 8A, First Street Courthouse<br>350 W 1st Street<br><br>Judge: Honorable Virginia A. Phillips<br><br>Trial Date: Not Set |

Plaintiff Oscar Enrique Nuñez Euceda and Defendant United States of America, by and through their undersigned attorneys, hereby submit this Joint Addendum to the Rule 26(f) Report the parties filed on May 16, 2022.  Due to certain conflicts with counsel's schedules for both of the trial dates proposed in the Report, the parties further met and conferred and hereby provide a proposed trial date for which both sides are available along with revised proposed pre-trial dates; the parties have reached agreement on all of these dates.  Below is an updated version of Exhibit A to the Report.

**Exhibit A**

| Matter | Plaintiff(s) Request | Defendant's Request | Court Order |
|---|---|---|---|
| Trial Date (**Tuesday**) Jury ☐ Court ☐ Length: ___ Days | August 8, 2023 Court Trial 3 – 5 days | August 8, 2023 | |
| Pretrial Conf., L.R. 16; Hearing on Motions in Limine | July 7, 2023 | July 7, 2023 | |
| Last day to conduct Settlement Conf., L.R. 16-15 | May 26, 2023 | May 26, 2023 | |
| Last day for **hearing** non-discovery motions | March 27, 2023 | March 27, 2023 | |
| All Discovery cutoff, including hearing all discovery motions | January 23, 2023 | January 23, 2023 | |

| | | | |
|---|---|---|---|
| Expert Disclosure (reply) | December 9, 2022 | December 9, 2022 | |
| Expert Disclosure (rebuttal) | November 18, 2022 | November 18, 2022 (due to the government fiscal approval regulatory process, Defendant needs at least four weeks to hire, prepare and produce expert rebuttal designation and reports). | |
| Expert Disclosure (initial) | October 19, 2022 | October 19, 2022 | |
| Last day to amend pleadings or add parties | August 16, 2022 | August 16, 2022 | |
| Last day for filing motion for class certification (if applicable) | N/A | | |
| Hearing on motion for class certification (if applicable) | N/A | | |

Dated:  May 18, 2022

GIBSON, DUNN & CRUTCHER LLP

By:  /s/ *Yang (Kelly) Ding*
     YANG (KELLY) DING

Attorneys for Oscar Enrique Nuñez Euceda

2
JOINT ADDENDUM TO RULE 26(f) REPORT
CASE NO. 2:20-CV10793-VAP (GJSx)

Dated: May 18, 2022

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ *David Pinchas*
DAVID PINCHAS
TALYA SEIDMAN
Assistant United States Attorney

Attorneys for Federal Defendant

**ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Civil L. R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from each of the signatories above.

Dated: May 18, 2022

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Yang (Kelly) Ding*
YANG (KELLY) DING

Attorneys for Oscar Enrique Nuñez Euceda