UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-10793-VAP-(GJSx) | Date | May 31, 2022 |
| Title | Oscar Enrique Nunez Euceda v. United States of America | | |

Present: The Honorable   VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| CHRISTINE CHUNG | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:**   **MINUTE ORDER SETTING TRIAL DATES (IN CHAMBERS)**

The Court has reviewed the parties' Joint Rule 26(f) Report. (Dkt. 38.) The Court adopts the following schedule (**note changes from the parties' requested dates**):

| | |
|---|---|
| Last date for hearing motions to amend pleadings or add parties: | 1/16/2023 |
| Last date to conduct settlement conference (ADR #1): | 1/9/2023 |
| Initial Expert Disclosures: | 2/6/2023 |
| Rebuttal Expert Disclosures: | 3/6/2023 |
| All Discovery cutoff: | 4/17/2023 |
| Last date for hearing non-discovery motions: | 5/29/2023 |
| Pre-trial conference (hearing on motions in limine): | 7/31/2023 at 2:30 p.m. |
| Trial date (court trial, 3 days): | 8/8/2023 at 8:30 a.m. |

As it was not discussed in the 26(f) Report, the parties are encouraged to consider consenting to proceed before a magistrate judge for all purposes in accordance with Local Rule 73-3. The parties shall file a joint report no later than 10 days after the settlement conference or mediation regarding the progress of mediation.

**IT IS SO ORDERED.**