GIBSON, DUNN & CRUTCHER LLP
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
ALAYNA MONROE, SBN 329061
  amonroe@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

THOMAS A. MANAKIDES, SBN 229119
  tmanakides@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612
Telephone: 949.451.4060
Facsimile: 949.475.4707

KELLY DING, SBN 329976
  kding@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

KESSELMAN, BRANTLY & STOCKINGER LLP
ABIEL GARCIA, SBN 289052
  agarcia@kbslaw.com
1230 Rosecrans Ave, Suite 400
Manhattan Beach, CA 90266
Telephone: 310.307.4555
Facsimile: 310.307.4570

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Oscar Enrique Nuñez Euceda,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>United States of America,<br><br>　　　　　Defendant. | CASE NO. 2:20-cv-10793-VAP-(GJSx)<br><br>**JOINT STIPULATION TO CONTINUE DEADLINES FOR MEDIATION AND SUMMARY JUDGMENT MOTION HEARING**<br><br>Honorable Virginia A. Phillips |

WHEREAS, Plaintiff Oscar Enrique Nunez Euceda and Defendant United States of America (the "Parties"), met and conferred and agree that the parties are not prepared to engage in a meaningful settlement conference at this time due to the need for further discovery and the Government's need for sufficient time to consider its mediation position, and therefore agreed that the January 9, 2023 deadline to conduct mediation set forth in the Civil Trial Scheduling Order (Dkt. 43) should be continued; and

WHEREAS, the Parties further agreed to seek a one-week continuance of the May 29, 2023 deadline for hearing motions for summary judgment (Dkt. 43) because the current deadline falls on Memorial Day, a federal holiday; and

WHEREAS, the attached Declaration of Thomas A. Manakides sets forth the basis for the requested continuances; and

WHEREAS, this is the first request for a continuance of the deadline to conduct mediation and the first request for a continuance of the cut-off date for hearing a motion for summary judgment;

NOW THEREFORE, the Parties hereby stipulate, subject to Court approval, that:

(1) The January 9, 2023 deadline to conduct mediation is continued to April 28, 2023; and

(2) The May 29, 2023 deadline for hearing a motion for summary judgment is continued to June 5, 2023.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: January 4, 2023

**GIBSON, DUNN & CRUTCHER LLP**

By:  /s/ *Thomas A. Manakides*

Thomas A. Manakides

**KESSELMAN, BRANTLY & STOCKINGER LLP**

By:  /s/ *Abiel Garcia*

Abiel Garcia

*Attorneys for Plaintiff*
*Oscar Enrique Nuñez Euceda*

Dated: January 4, 2023

**UNITED STATES OF AMERICA**

E. MARTIN ESTRADA
United States Attorney

DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

By:  /s/ *David Pinchas*

David Pinchas
Talya Seidman
Assistant United States Attorneys

Attorneys for Defendant United States of America

JOINT STIPULATION TO CONTINUE DEADLINES FOR
MEDIATION AND SUMMARY JUDGMENT MOTION HEARING
CASE NO. 2:20-CV-10793-VAP-(GSJX)

**ECF ATTESTATION**

I, Thomas A. Manakides, hereby attest pursuant to Local Rule 5-4.3.4(a)(2) that the concurrence in the filing of this document has been obtained by the above signatories.

Dated: January 4, 2023

                                                           */s/ Thomas A. Manakides*
                                                            Thomas A. Manakides