UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Oscar Enrique Nuñez Euceda<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>United States of America,<br><br>　　　　　Defendant. | CASE NO. 2:20-cv-10793-VAP-(GJSx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINES FOR MEDIATION AND SUMMARY JUDGMENT MOTION HEARING**<br><br>Hon. Virginia A. Phillips |

1  Having read and reviewed the parties' Joint Stipulation to Continue Deadlines for
2  Mediation and Summary Judgment Motion Hearing and the related declaration of
3  counsel, and finding good cause therein, the Court ORDERS that:
4  (1) The January 9, 2023 deadline to conduct mediation is continued to April 28,
5  2023; and
6  (2) The May 29, 2023 deadline for hearing summary judgment motions is
7  continued to June 5, 2023.

**IT IS SO ORDERED**

Dated: _01/06/2023

_____
The Honorable Virginia A. Phillips
United States District Judge