GIBSON, DUNN & CRUTCHER LLP
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
ALAYNA MONROE, SBN 329061
  amonroe@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

THOMAS A. MANAKIDES, SBN 229119
  tmanakides@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612
Telephone: 949.451.4060
Facsimile: 949.475.4707

YANG (KELLY) DING, SBN 329976
  kding@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

KESSELMAN, BRANTLY & STOCKINGER LLP
ABIEL GARCIA, SBN 289052
  agarcia@kbslaw.com
1230 Rosecrans Ave, Suite 400
Manhattan Beach, CA 90266
Telephone: 310.307.4555
Facsimile: 310.307.4570

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Oscar Enrique Nuñez Euceda,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | CASE NO. 2:20-cv-10793-VAP-(GJSx)<br><br>**STIPULATION RE EXPERT DISCOVERY DEADLINES AND MOTIONS FOR SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>Honorable Virginia A. Phillips |

WHEREAS, the deadline for initial designation of expert witnesses is currently set for February 6, 2023 (Dkt. 43);

WHEREAS, the deadline for designation of rebuttal expert witnesses is currently set for March 6, 2023 (Dkt. 43);

WHEREAS, the cut-off for all discovery, including expert discovery, is currently set for April 17, 2023 (Dkt. 43);

WHEREAS, Plaintiff Oscar Enrique Nuñez Euceda and Defendant United States of America (collectively, the "Parties") have been engaged in discovery, including the production of documents, responding to written discovery, and coordinating depositions;

WHEREAS, Defendant is working to confirm the availability and employment status of certain individuals that Plaintiff has requested to depose, and Plaintiff will need time to incorporate any relevant discovery into Plaintiff's initial expert designation;

WHEREAS, the Defendant will need additional time to obtain funding approval of any expert witness it intends to designate;

WHEREAS, Plaintiff anticipates reaching a stipulated agreement with Defendant on the conditions and details of an Independent Medical Examination that will obviate the need for Defendant to move for a court order compelling such an examination under Fed. R. Civ. P. 35, and Plaintiff will provide defense counsel with the occupation of the expert(s) he intends to designate upon the filing of this Stipulation;

WHEREAS, the Parties have met and conferred and agreed that a continuance of the current deadlines for expert discovery would allow the Parties the additional time needed to complete expert discovery in this action and is

therefore appropriate;

WHEREAS, the Parties agree that the cut-off for all non-expert discovery in this action should remain set for April 17, 2022;

WHEREAS, the attached Declaration of Thomas A. Manakides sets forth Plaintiff's basis for the requested continuances; and

WHEREAS, this is the first request for a continuance of the deadline for Initial Designation of Expert Witnesses, for Designation of Rebuttal Expert Witnesses, and to complete expert discovery;

WHEREAS, the Parties have also met and conferred and agreed that stipulating to a briefing schedule for any motions for summary judgment, to the extent either party intends to file a motion for summary judgment, would benefit the Parties and help streamline motion practice;

WHEREAS, the proposed briefing schedule will not alter the last day to hear non-dispositive motions or any other deadline currently set by the Court;

NOW THEREFORE, the Parties hereby stipulate, subject to Court approval, that:

(1) The deadline to file initial expert disclosures should be continued to March 6, 2023;

(2) The deadline to file rebuttal expert disclosures should be continued to April 17, 2023;

(3) The last day to complete expert discovery should be May 29, 2023;

(4) The deadline for any party to file a motion for summary judgment should be April 17, 2023;

(5) The deadline for any party to file an opposition to a motion for summary judgment should be May 8, 2023; and

(6) The deadline for any party to file a reply in support of a motion for summary judgment should be May 22, 2023.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: January 27, 2023         **GIBSON, DUNN & CRUTCHER LLP**

By:   /s/ *Thomas A. Manakides*

Thomas A. Manakides

**KESSELMAN, BRANTLY & STOCKINGER LLP**

By:   /s/ *Abiel Garcia*

Abiel Garcia

*Attorneys for Plaintiff*
*Oscar Enrique Nuñez Euceda*

Dated: January 27, 2023         **UNITED STATES OF AMERICA**

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

By:   /s/ *David Pinchas*

David Pinchas
Talya Seidman
Assistant United States Attorneys

Attorneys for Defendant United States of America

## ECF ATTESTATION

I, Thomas A. Manakides, hereby attest pursuant to Local Rule 5-4.3.4(a)(2) that the concurrence in the filing of this document has been obtained by the above signatories.

Dated: January 27, 2023         By:   /s/ *Thomas A. Manakides*
                                      Thomas A. Manakides