GIBSON, DUNN & CRUTCHER LLP
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
ALAYNA MONROE, SBN 329061
  amonroe@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:   213.229.7000
Facsimile:   213.229.7520

THOMAS A. MANAKIDES, SBN 229119
  tmanakides@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612
Telephone: 949.451.4060
Facsimile: 949.475.4707

YANG (KELLY) DING, SBN 329976
  kding@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:   415.393.8200
Facsimile:   415.393.8306

KESSELMAN, BRANTLY & STOCKINGER LLP
ABIEL GARCIA, SBN 289052
  agarcia@kbslaw.com
1230 Rosecrans Ave, Suite 400
Manhattan Beach, CA 90266
Telephone:   310.307.4555
Facsimile:   310.307.4570

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Oscar Enrique Nuñez Euceda<br><br>                        Plaintiff,<br><br>        v.<br><br>United States of America,<br><br>                        Defendant. | CASE NO. 2:20-cv-10793-VAP-(GJSx)<br><br>**NOTICE OF LEAD COUNSEL FOR PLAINTIFF OSCAR ENRIQUE NUNEZ EUCEDA**<br><br>Honorable Virginia A. Phillips |

**TO COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Oscar Enrique Nuñez Euceda hereby designates the following attorneys as Lead Counsel in the above-captioned action.

Marcellus McRae
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:   213.229.7000
Facsimile:    213.229.7520
mmcrae@gibsondunn.com

Thomas A. Manakides
3161 Michelson Drive
Irvine, CA 92612
Telephone: 949.451.4060
Facsimile: 949.475.4707
tmanakides@gibsondunn.com

Abiel Garcia
1230 Rosecrans Ave, Suite 400
Manhattan Beach, CA 90266
Telephone:   310.307.4555
Facsimile:    310.307.4570
agarcia@kbslaw.com

The following attorneys are not lead counsel, but remain attorneys of record in this action.

ALAYNA MONROE, SBN 329061
amonroe@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:   213.229.7000
Facsimile:    213.229.7520

YANG (KELLY) DING, SBN 329976
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:   415.393.8200
Facsimile:    415.393.8306
kding@gibsondunn.com

1

Dated:  February 7, 2023

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Thomas A. Manakides*
Thomas A. Manakides

By:  */s/ Marcellus McRae*
Marcellus McRae

By:  */s/ Yang (Kelly) Ding*
Yang (Kelly) Ding

By:  */s/ Alayna Monroe*
Alayna Monroe

KESSELMAN, BRANTLY & STOCKINGER LLP

By:  */s/ Abiel Garcia*
Abiel Garcia

Attorneys for Plaintiff

Gibson, Dunn &
Crutcher LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ECF ATTESTATION

I, Thomas A. Manakides, hereby attest pursuant to Local Rule 5-4.3.4(a)(2) that the concurrence in the filing of this document has been obtained by the above signatories.


Dated: February 7, 2023                    By:   /s/ *Thomas A. Manakides*
                                                            Thomas A. Manakides

Gibson, Dunn &
Crutcher LLP

# PROOF OF SERVICE

I, Cindy Martinez, declare as follows:

I am employed in the County of Orange, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson Drive, Irvine, CA 92612, in said County and State.  On February 7, 2023, I served the following document(s):

**NOTICE OF LEAD COUNSEL FOR PLAINTIFF OSCAR ENRIQUE NUNEZ EUCEDA**

on the parties stated below, by the following means of service:

TALYA M. SEIDMAN
Assistant United States Attorney
DAVID E. PINCHAS
Assistant United States Attorney
TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

Emails: talya.seidman@usdoj.gov
        david.pinchas@usdoj.gov

☑   **BY ELECTRONIC SERVICE**:  On the above-mentioned date, based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses as shown above.

☑   **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2023.

/s/ Cindy Martinez

Cindy Martinez

Gibson, Dunn &
Crutcher LLP

NOTICE OF LEAD COUNSEL FOR PLAINTIFF OSCAR ENRIQUE NUNEZ EUCEDA
CASE NO. 2:20-cv-10793-VAP-(GJSx)