UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Oscar Enrique Nuñez Euceda,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>United States of America,<br><br>　　　　　Defendant. | CASE NO. 2:20-cv-10793-VAP-(GJSx)<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINES**<br><br>Hon. Virginia A. Phillips |

Having read and reviewed the parties' Joint Stipulation to Continue Deadlines and the related declaration of counsel, and finding good cause therein, the Court ORDERS that:

(1) The April 17, 2023 cut-off date for fact discovery and the May 29, 2023 cut-off date for expert discovery are continued to June 30, 2023;

(2) The April 17, 2023 deadline for expert rebuttal disclosures is continued to May 19, 2023;

(3) The April 28, 2023 deadline for Parties to conduct mediation is continued to June 16, 2023;

(4) The April 17, 2023 deadline for Parties to file any Motion for Summary Judgment is continued to July 24, 2023;

(5) The May 8, 2023 deadline for Parties to file an Opposition to any Motion for Summary Judgment is continued to August 14, 2023;

(6) The May 22, 2023 deadline for Parties to file a Reply in Support of any Motion for Summary Judgment is continued to August 28, 2023;

(7) The June 5, 2023 deadline for hearing a motion for summary judgment is continued to September 11, 2023;

(8) The July 31, 2023 pretrial conference is continued to November 6, 2023; and

(9) The August 8, 2023 court trial is continued to November 14, 2023.

**IT IS SO ORDERED**

Dated: March 27, 2023

*Virginia A. Phillips*
The Honorable Virginia A. Phillips
United States District Judge