# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

OSCAR ENRIQUE NUNEZ EUCEDA

PLAINTIFF(S),

v.

UNITED STATES OF AMERICA

DEFENDANT(S).

CASE NUMBER:

2:20−cv−10793 VAP(GJSx)

**NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER**

To:  All Counsel Appearing of Record

The Magistrate Judge to whom the above−entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above−entitled case has been returned to the Clerk for random reassignment.

Accordingly, this case has been reassigned to:

Hon.   Michael R. Wilner  , Magistrate Judge for:

any discovery and/or post−judgment matters that may be referred

Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read:   2:20−cv−10793 VAP(MRWx)  . This is very important because documents are routed by the initials.

Clerk, U.S. District Court

March 31, 2023
Date

By:  /s/ *Robert Nadres*
Deputy Clerk