# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-10793 VAP (MRWx) | Date | March 31, 2023 |
|---|---|---|---|
| Title | Euceda v. United States | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |
|---|---|

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff: | Attorneys for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:** ORDER RE: SETTLEMENT PROCEEDINGS

1.      Magistrate Judge Wilner is now assigned to this action.  Please note the updated case designation above.

2.      By previous order, District Judge Phillips referred this case to the assigned magistrate judge for settlement proceedings.  (Docket # 42.)  To efficiently prepare for a settlement conference by the deadline that the district judge ordered, Judge Wilner will hold an informal video conference with the lead attorneys for each side on April 7 at 10 a.m.[1]  The Clerk will separately send the parties a link to access the video in advance of the meeting.

3.      Topics for discussion will include: a review of discovery that has been completed / scheduled; what additional discovery (be it formal or informal) needs to be accomplished before a productive settlement conference; and what legal or factual barriers have prevented settlement to date.  Our preliminary discussion will be governed and protected by Federal Rule of Evidence 408.

4.      Consistent with his posted procedures, Judge Wilner encourages larger law firms to give junior attorneys an opportunity to participate in settlement proceedings. However, lead trial counsel must be present for our preliminary call and all subsequent discussions.

---

[1]      If the parties are not available on that day and time, please consult with each other and jointly e-mail Judge Wilner's chambers (MRW_Chambers@cacd.uscourts.gov) with several proposed alternatives.