UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV20-10793 VAP (MRWx) | Date | April 7, 2023 |
|---|---|---|---|
| Title | Oscar Enrique Nunez Euceda v. USA | | |

Present: The Honorable  Michael R. Wilner, United States Magistrate Judge

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorney Present for Defendant: |
|---|---|
| Marcellus McRae<br>Thomas Manakides<br>Kelly Ding | David Pinchas |

**Proceedings:   STATUS CONFERENCE RE SETTLEMENT (VIDEO)**

Case called.  Counsel make their appearance.

Status conference re settlement held.

1:14
JM
