UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**AMENDED CIVIL MINUTES - GENERAL**

| Case No. | CV20-10793 VAP (MRWx) | Date | April 7, 2023 |
|---|---|---|---|
| Title | Oscar Enrique Nunez Euceda v. USA | | |

| Present: The Honorable | Michael R. Wilner, United States Magistrate Judge | |
|---|---|---|
| James Muñoz | | N/A |
| Deputy Clerk | | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | | Attorney Present for Defendant: |
| Marcellus McRae<br>Thomas Manakides<br>Kelly Ding | | David Pinchas |

**Proceedings:   STATUS CONFERENCE RE SETTLEMENT (VIDEO)**

Case called.  Counsel make their appearance.

Status conference re settlement held.

Settlement conference set for 4/21/23 at 1:30 pm.

1:14
JM