UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-10793 VAP (MRWx) | Date | April 7, 2023 |
|---|---|---|---|
| Title | Nuñoz Euceda v. United States | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |
|---|---|
| James Muñoz | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff: | Attorneys for Defendant: |
| n/a | n/a |

**Proceedings:**     ORDER RE: SETTLEMENT CONFERENCE

The Court held a video call with the parties' lawyers regarding this civil action. The parties are encouraged to discuss potential resolution of the case. If the case is not resolved, the Court will conduct a settlement conference in this action on <u>Friday, April 21, 2023</u>, beginning at <u>1:30 p.m. PT</u>. The parties will appear via video conference before the Hon. Michael R. Wilner.

The Court will provide the parties with information about the video platform in advance of the conference. As with <u>any other federal court appearance</u>, the parties should plan to log into the video call well in advance of the scheduled start time for the proceeding (see Tech Notes below).

1.     <u>Who Must Attend</u> – By order of this Court, Plaintiff and lead trial counsel for both sides must be personally present for the entire duration of the conference. Based on the statements of the assigned AUSA, a government lawyer with full settlement authority may appear without an agency representative.

2.     <u>Settlement Conference Letters</u> – Given the details of our video discussion today, the Court will <u>not</u> require formal settlement letters in this action. However, at their option, the parties may voluntarily deliver a confidential settlement conference letter to Judge Wilner in advance of our session. The letter may not exceed three pages. Do not file or lodge the settlement conference letter with the Clerk's Office or electronically submit it to CM/ECF. Rather, send it to Judge Wilner's chambers by <u>e-mail</u> sent to MRW_Chambers@cacd.uscourts.gov.

3.     <u>At the Settlement Conference</u> – We may begin with a group caucus to discuss the state of the action. After that, the Court will meet privately with counsel and the parties in breakout rooms to discuss settlement proposals. The parties' statements made during all phases of the settlement conference (including the parties' letters to the judge)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-10793 VAP (MRWx) | Date | April 7, 2023 |
|---|---|---|---|
| Title | Nuñoz Euceda v. United States | | |

fall within the protections for compromise statements, including those contained in Federal Rules of Evidence 408 and 410 and Local Civil Rule 16-15.  However, statements made to the judge during private sessions may be conveyed to other parties as part of the settlement conference unless the parties expressly request that certain information be treated confidentially.

      4.    <u>Conclusion of Conference</u> – If the parties reach a resolution of the case, the Court will summarize the key terms of the agreement on the record or will direct the parties to draft an appropriate memorandum.  The Court encourages counsel to circulate a proposed settlement agreement in advance of the conference.  If no resolution is reached, the Court will consult with the parties to determine whether an additional settlement conference is likely to be productive.

      By participating in the settlement conference, the parties understand and agree that Judge Wilner may continue to handle discovery motions and other pretrial proceedings in this action.

**Counsel are encouraged to review the terms of this Order and to discuss the settlement process with their clients in advance of the conference with the Court.**

**FAILURE TO COMPLY IN FULL WITH THE BASIC REQUIREMENTS SET FORTH ABOVE (INCLUDING ARRIVING LATE TO THE SESSION) MAY RESULT IN THE IMPOSITION OF SANCTIONS AND THE PAYMENT OF FEES TO THE INCONVENIENCED PARTIES.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-10793 VAP (MRWx) | Date | April 7, 2023 |
|---|---|---|---|
| Title | Nuñoz Euceda v. United States | | |

Tech Notes

     1.    The Court uses Zoom as its preferred video platform. The Clerk will separately send the parties a link to access the hearing. The program works optimally if you download the Zoom app to your computer / phone / other device. You're encouraged to do this well in advance of the hearing. You also may be able to access the hearing via a web browser connection alone, although you may not have full functionality.

     2.    If a party prefers to appear by audio / telephone alone, please contact the Clerk in advance.

     3.    Reminder – the Local Rules of Court prohibit non-court personnel from recording or broadcasting these proceedings. L.R. 83-6 et seq.