E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
DAVID PINCHAS (Cal. Bar No. 130751)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2920
    Facsimile: (213) 894-7819
    E-mail: david.pinchas@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OSCAR ENRIQUE NUNEZ EUCEDA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:20-cv-10793 VAP (GJSx)<br><br>**NOTICE OF SETTLEMENT** |

    TO THE COURT: PLEASE TAKE NOTICE THAT the parties in the above action have agreed to a settlement of this action, in its entirety, at the

//

//

-1-

April 21, 2023 settlement conference under the auspices of Magistrate Judge Wilner.  The parties are in the process of documenting their settlement.

Dated: April 24, 2023

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

             */s/ David Pinchas*
DAVID PINCHAS
Assistant United States Attorney
Attorneys for Defendant
United States of America