```
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
DAVID PINCHAS (Cal. Bar No. 130751)
Assistant United States Attorney
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone:    (213) 894-2920
        Facsimile:    (213) 894-7819
        E-mail:       david.pinchas@usdoj.gov
```

*Attorneys for Defendant*
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OSCAR ENRIQUE NUNEZ EUCEDA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:20-10793 VAP (GJSx)<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Oscar Enrique Nunez Euceda and Defendant United States of America have executed a Stipulation for Compromise Settlement and Dismissal of the above action and Plaintiff's claims therein. Accordingly, the parties, through counsel, request that the Court dismiss Plaintiff's complaint and the above action with prejudice, in their entirety, with each party to bear his or its own attorneys

//

1 | fees, costs, and expenses.

Dated: September 8, 2023

GIBSON, DUNN & CRUTCHER LLP

By: _____
THOMAS A. MANAKIDES

Attorneys for Plaintiff

Dated: September 14, 2023

KESSELMAN BRANTLY,
STOCKINGER LLP

By: _____
ABIEL GARCIA

Attorneys for Plaintiff

Dated: September 7, 2023

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

/s/ David Pinchas
DAVID PINCHAS
Assistant United States Attorney

Attorneys for Defendant
United States of America

Gibson, Dunn & Crutcher LLP

2